DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440

Attorney for Plaintiff

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
KELLEY MORAN, SBN 222748
STEPHANIE Y. WU, SBN 268948
1125 I Street, Suite 1
Modesto, CA 95354
Telephone: 209-433-1300
Facsimile: 559-433-2300

Attorney for Defendant:
CERES UNIFIED SCHOOL DISTRICT

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **JACK MILLER**, <br><br><br> PLAINTIFF, <br><br> v. <br><br> **CERES UNIFIED SCHOOL DISTRICT**, **SCOTT SIEGEL**, in his official capacity, **LINDA STUBBS**, in her official capacity, **SWANA NUNES**, in her official capacity, **MICHAEL PHIPPS** dba RIVER OAKS GOLF COURSE, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | Case No.:   1:15-cv-00029-TLN-BAM <br><br> **JOINT STIPULATION AND ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> [Fed. R. Civ. Pro. 15(a)(2)] |

Comes now the Plaintiff, JACK MILLER, through his Attorney, DANIEL MALAKAUSKAS, and Defendant, CERES UNIFIED SCHOOL DISTRICT, through its attorney, STEPHANIE WU, submit the following joint stipulation and request that the Court grant Plaintiff leave to file a Second Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure:

1.      Plaintiff filed his complaint on January 6th, 2015 in the Eastern District of California, Fresno Division.

2.      On February 27th, 2015, Defendant, CERES UNIFIED SCHOOL DISTRICT, filed a motion to dismiss.

3.      On March 19th, 2015, Plaintiff filed his First Amended Complaint.

4.      On April 4th, 2015, Defendant, CERES UNIFIED SCHOOL DISTRICT, filed their second motion to dismiss.

5.      On May 21st, 2015, Plaintiff, JACK MILLER, filed his opposition to Defendant's motion to dismiss.

6.      On May 28th, 2015, Defendant filed its reply to Plaintiff's opposition to the motion to dismiss.

7.      On October 28th, 2015 the court denied Defendant's motion to dismiss.

8.      During the whole time, that Plaintiff and Defendant, CERES UNIFIED SCHOOL DISTRICT, had being dealing with the motion to dismiss, Plaintiff had co-defendant, MICHAEL PHIPPS, served with process.  However, an individual called on behalf of MICHAEL PHIPPS, and stated that MICHAEL PHIPPS had died, on, or around, March 22nd, 2015.  The individual further stated that his wife, KIMBERLY PHIPPS currently owns, or is in charge of administering the real property subject to this litigation.  This information was verified by an Affidavit of Trustee filed by

KIMBERLY PHIPPS on August 11th, 2015 in Stanislaus County (attached as Exhibit A). Therefore, Plaintiff desired to seek leave to amend the complaint to add KIMBERLY PHIPPS.  However, given the pending motion to dismiss, Plaintiff desired to wait until he had an order on such motion, so as Plaintiff could make all potential amendments at once.

9.      On, or around, November 30th, 2015, Plaintiff asked Defendant, CERES UNIFIED SCHOOL DISTRICT, if they would stipulate to allow Plaintiff leave to amend the complaint. Defendant, CERES UNIFIED SCHOOL DISTRICT, agreed.

**NOW, THEREFORE,** the parties hereby stipulate and request that the Court grant plaintiff leave to file a second Amended Complaint in this action, a true and correct copy of which is attached as Exhibit B hereto.

**IT IS SO STIPULATED.**

Dated: December 3rd, 2015                              /s/Daniel Malakauskas_____
                                                                          DANIEL MALAKAUSKAS, attorney
                                                                          for plaintiff, LAUREN WILCOX

Dated: December 3rd, 2015                              /s/STEPHANIE Y. WU_____
                                                                          STEPHANIE Y. WU
                                                                          McCormick, Barstow, Sheppard, Wayte
                                                                          & Carruth LLP, attorneys for
                                                                          defendant, CERES UNIFIED SCHOOL
                                                                          DISTRICT

1

2                                              **ORDER**

3          Good Cause appearing thereof, IT IS HEREBY ORDERED that plaintiff is granted leave to

4     file the Second Amended Complaint, which is attached hereto as Exhibit B.

5

6

7     Dated:  December 8, 2015

8

9                                                              _____

10                                                             Troy L. Nunley
                                                               United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28