DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440

Attorney for Plaintiff

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
KELLEY MORAN, SBN 222748
STEPHANIE Y. WU, SBN 268948
1125 I Street, Suite 1
Modesto, CA 95354
Telephone: 209-433-1300
Facsimile: 559-433-2300

Attorney for Defendants:
CERES UNIFIED SCHOOL DISTRICT,
SCOTT SIEGEL, LINDA STUBBS, and
SHAWNA NUNEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **JACK MILLER**, <br><br> PLAINTIFF, <br><br> v. <br><br> **CERES UNIFIED SCHOOL DISTRICT**, **SCOTT SIEGEL**, in his official capacity, **LINDA STUBBS**, in her official capacity, **SWANA NUNES**, in her official capacity, **KIMBERLY PHIPPS**, as an individual, and as a trustee, in her representative capacity for the MICHAEL DALE PHIPPS LIVING TRUST, and doing business as "RIVER OAKS GOLF COURSE" and DOES 1-10, inclusive, <br><br> DEFENDANTS. | **CASE NO.: 1:15-cv-00029-BAM** <br><br> **STIPULATION REGARDING CONTINUANCE OF RULE 26 JOINT STATUS REPORT; ORDER** |

**STIPULATION AND ORDER REGARDING CONTINUANCE OF RULE 26 REPORT**

1

**LET THIS HONORABLE COURT TAKE NOTICE:**

On November 4th, 2015, the Honorable Troy L. Nunley, via minute order, ordered the parties to file a Rule 26 Joint Status Report within thirty (30) days.

On December 7th, 2015, the parties entered into a stipulation granting Plaintiff leave to file an amended complaint based upon one of the Defendants dying and wishing to add a new Co-Defendant.  This court granted such stipulation on December 9th, 2015.  However, the parties now desire to wait until the newly added defendant is served before filing the Rule 26 Joint Status Report.

Therefore, Plaintiff Jack Miller, through his attorney, Daniel Malakauskas, Esq. and Stephanie Y. Wu, Esq., attorney for Defendants, Ceres Unified School District, Scott Siegel, Linda Stubbs, and Shawna Nunes, stipulate to a continuance of the filing deadline for the Rule 26 Joint Status Report for forty-five (45) days from today's date to allow Plaintiff the necessary time to serve the newly added Defendant.

**IT IS HEREBY STIPULATED.**

Dated:  December 14th, 2015			Respectfully submitted,

						/s/Daniel Malakauskas_____
						Attorney for Plaintiff.


Dated:  December 14th, 2015			/s/Stephanie Y. Wu_____
						McCormick, Barstow, Sheppard, Wayte, & Carruth LLP
						Attorneys for Defendant, CERES UNIFIED SCHOOL DISTRICT

**STIPULATION AND ORDER REGARDING CONTINUANCE OF RULE 26 REPORT**

2

**ORDER**

**IT IS HEREBY ORDERED**, that the filing deadline for the parties' Rule 26 Joint Status Report is continued from December 5th, 2015 until January 28, 2016.

Dated:  December 15, 2015

_____
Troy L. Nunley
United States District Judge