1  Kelley N. Moran, SBN 222748
   Stephanie Y. Wu, SBN 268948
2  **MCCORMICK, BARSTOW, SHEPPARD,**
   **WAYTE & CARRUTH LLP**
3  1125 I Street, Suite 1
   Modesto, California 95354
4  T: (209) 524-1100 | F: (209) 524-1188
5  kelley.moran@mccormickbarstow.com
   stephanie.wu@mccormickbarstow.com
6
   *Attorneys for Defendants,*
7  CERES UNIFIED SCHOOL DISTRICT,
   SCOTT SIEGEL, LINDA STUBBS, and
8  SHAWNA NUNES

9                    UNITED STATES DISTRICT COURT
10                   EASTERN DISTRICT OF CALIFORNIA
11

12 | JACK MILLER, | Case No. 1:15-cv-00029-DAD-BAM |
13 | Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME TO RESPOND TO THIRD AMENDED COMPLAINT** |
14 | v. | |
15 | CERES UNIFIED SCHOOL DISTRICT, | Hon. Dale A. Drozd |
16 | SCOTT SIEGEL, in his official capacity, LINDA STUBBS, in his official capacity, | |
17 | SHAWNA NUNES, in his official capacity, MICHAEL PHIPPS dba RIVER OAKS GOLF | |
18 | COURSE, and DOES 1-10, inclusive, | |
19 | Defendants. | |

20

21      Plaintiff JACK MILLER ("Plaintiff") and Defendants CERES UNIFIED SCHOOL
22 DISTRICT, SCOTT SIEGEL, in his official capacity, LINDA STUBBS, in her official capacity, and
23 SHAWNA NUNES, in her official capacity (collectively "Defendants"), by and through their
24 attorneys of record, stipulate and agree as follows:
25      WHEREAS, Plaintiff JACK MILLER filed a Second Amended Complaint on December 14,
26 2015;
27      WHEREAS, Defendants filed their Answer to Plaintiff's Second Amended Complaint on
28 January 5, 2016;

1  WHEREAS, Plaintiff filed a Motion to Strike Affirmative Defenses from Defendants' Answer on January 25, 2016;

2  WHEREAS, Plaintiff JACK MILLER filed a Third Amended Complaint on February 26, 2016;

3  WHEREAS, the Court entered an order on February 26, 2016 denied Plaintiff's Motion to Strike as moot;

4  WHEREAS, counsel for the parties have been diligently meeting and conferring to resolve Plaintiff's issues concerning Defendants' affirmative defenses, in an effort to reach an amicable resolution, so as to avoid the need for Plaintiff to file a Motion to Strike upon Defendants' filing of their Answer to Plaintiff's Third Amended Complaint;

IT IS HEREBY STIPULATED, by and among the parties to this action, that Defendants' deadline to file and serve their response to Plaintiff's Third Amended Complaint shall be extended by ten (10) days, to March 31, 2016.

***IT IS SO STIPULATED.***

Dated: March 22, 2016

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Stephanie Y. Wu
Stephanie Y. Wu
*Attorneys for Defendants,*
CERES UNIFIED SCHOOL DISTRICT, SCOTT SIEGEL, LINDA STUBBS, and SHAWNA NUNES

Dated: March 22, 2016

LAW OFFICES OF DANIEL MALAKAUSKAS

By: /s/ Daniel Malakauskas
Daniel Malakauskas
Attorneys for Plaintif,
JACK MILLER

**ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, it is hereby ordered that Defendants' deadline to file and serve their response to Plaintiff's Third Amended Complaint shall be extended by ten (10) days, to **March 31, 2016.**

**IT IS SO ORDERED.**

Dated: **March 24, 2016**                                /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE